1  STEVEN A. NIELSEN (SBN 133864)
(STEVE@NIELSENPATENTS.COM)

2  100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743

3  TELEPHONE:(415) 272-8210

4

5  Patrick F. Bright (SBN 68709)
(Application for Admission *Pro Hac Vice* to be filed)
Wagner, Anderson & Bright PC

6  10924 W. Pico Boulevard #214
Los Angeles, CA 90064

7  (213) 700-6637
pbright@brightpatentlaw.com

8

9  Attorneys for Plaintiff
ARSUS, LLC, a Utah limited liability corporation

10

11

12  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13  **SAN FRANCISCO DIVISION**

14

15  **ARSUS, LLC,**

16                      Plaintiff,

17       v.

18  **TESLA MOTORS, INC.,**

19                      Defendant.

PATENT

Case No. _____

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT AGAINST TESLA MOTORS, INC.**

**DEMAND FOR JURY TRIAL**

20       Plaintiff Arsus, LLC complains against Defendant Tesla Motors, Inc., alleging that:

21                          **I.   THE PARTIES**

22       1.      Plaintiff Arsus, LLC ("Arsus" or "Plaintiff") is a Utah limited liability company

23  with its principal place of business at 350 West 2000, South Perry, Utah 84302.

24       2.      Defendant Tesla Motors, Inc. ("Defendant") is a corporation organized and

25

26  existing under the laws of Delaware, with a place of business at 380 Fairview Way, Milpitas, CA

27  95035.

28

- 1 -
ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST TESLA MOTORS, INC. AND JURY DEMAND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.     Venue is proper in this district under 28 U.S.C. sections 1381(b) and 1400(b).

5.     On January 21, 2014, United States Patent No. 8,634,989 ("the '989 Patent"), entitled *Rollover Prevention Apparatus*, was duly and legally issued by the United States Patent and Trademark Office.   On April 16, 2019, United States Patent No. 10,259,494 ("the '494 Patent"), entitled *Rollover Prevention Apparatus*, was duly and legally issued by the United States Patent and Trademark Office.   Copies of the '989 and '494 patents are attached to this complaint as Exhibit A.

6.     Within this District, Defendant has sold and offered for sale Tesla vehicles (the "accused vehicles") that infringe the '989 patent, claims 1 to 4, and the '494 patent, claims 21 and 22, and is continuing to sell and offer for sale accused vehicles, namely, Tesla vehicles, such as Tesla models S, X and Model 3, equipped with Tesla's so-called Auto-pilot system, within this District.

7.     Plaintiff is the assignee of all right, title and interest in the '989 and '494 patents, including all rights to enforce and prosecute actions for infringement of these patents.

8.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for this conduct.

9.     Defendant has had written notice of the '989 patent.

## IV.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

- 2 -
ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST TESLA MOTORS, INC. AND JURY DEMAND

1

2

a.    Judgment that one or more claims of the '989 and 494 patents have been infringed

by Defendant;

3

4

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs

5

6

incurred by Plaintiff because of Defendant's infringing activities, and an

accounting of all infringements and damages not presented at trial;

7

8

c.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages

caused by Defendant's infringing activities;

9

10

d.    That Plaintiff be granted such other and further relief as the Court may deem just

and proper under the circumstances.

11

12

January 14, 2020

By    /s/ *Steven A. Nielsen*

Steven A. Nielsen

13

100 Larkspur Landing Circle, Suite 216

Larkspur, CA  94939

14

Patrick Bright (SBN 68709)

(Application for Admission *Pro Hac Vice* to

15

be filed)

PHONE 415 272 8210

E-MAIL: Steve@NielsenPatents.com

Wagner, Anderson & Bright PC

16

10524 W. Pico Boulevard #214

Attorneys for Arsus, LLC

17

Los Angeles, CA 90064

(213) 700-6637

18

pbright@brightpatentlaw.com

19

20

21

22

23

24

25

26

27

28

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURY DEMAND**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of all issues so triable.

January 14, 2020

Patrick Bright (SBN 68709)
(Application for Admission *Pro Hac Vice* to be filed)
Wagner, Anderson & Bright PC
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
(213) 700-6637
pbright@brightpatentlaw.com

By      /s/*Steven A. Nielsen*
        Steven A. Nielsen
        100 Larkspur Landing Circle, Suite 216
        Larkspur, CA  94939
        PHONE 415 272 8210
        E-MAIL: Steve@NielsenPatents.com

        Attorneys for Plaintiff Arsus, LLC

- 4 -

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT
AGAINST TESLA MOTORS, INC. AND JURY DEMAND