MICHAEL RHODES (CA Bar No. 116127)
(rhodesmg@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

HEIDI L. KEEFE (CA Bar No. 178960)
(hkeefe@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

ADAM PIVOVAR (CA Bar No. 246507)
(apivovar@cooley.com)
SAMUEL K. WHITT (CA Bar No. 284770)
(swhitt@cooley.com)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2446
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARSUS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>TESLA, INC.,<br><br>        Defendant. | Case No. 3:20-CV-00313-RS<br><br>Judge Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6)** |

Tesla, Inc.'s ("Tesla") Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) was heard by the Honorable Richard Seeborg, Judge of the U.S. District Court for the Northern District of California on April 30, 2020. The Court, having considered all papers and pleadings submitted by the parties, the oral arguments of counsel made at the hearing, and being fully advised, finds that Plaintiff

1  Arsus, LLC's ("Arsus") Complaint should be dismissed with prejudice for failure to state a claim
2  pursuant to Federal Rule of Civil Procedure 12(b)(6).  IT IS THEREFORE ORDERED that:
3      1.   Tesla's Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) is
4  GRANTED; and
5      2.   Arsus's Complaint and this action are DISMISSED WITH PREJUDICE.
6  **IT IS SO ORDERED.**

8  Dated: _____   _____
9                                    Richard Seeborg
                                     United States District Judge