**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ARSUS, LLC,** | PATENT |
| Plaintiff, | Case No. 3:20-cv-00313-RS |
| v. | **JOINT REPORT RE SETTLEMENT EFFORT** |
| **TESLA MOTORS, INC.,** | |
| Defendant. | |

Pursuant to the Court's 5/18/2020 Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, the parties submit this joint report. The parties engaged in a meet and confer in May/June, 2020, to discuss the possibility of settlement. The result of the meet and confer was as follows:

Despite a good-faith effort to reach a settlement at the meet and confer, the case did not settle.

Joint Report re Settlement Effort

| | | | |
|---|---|---|---|
| 1 | June 17, 2020 | By | /s/*Steven A. Nielsen* |
| 2 | Patrick Bright (SBN 68709) | | Steven A. Nielsen |
| | (Application for Admission *Pro Hac Vice* to be filed) | | 100 Larkspur Landing Circle, Suite 216 |
| 3 | Wagner, Anderson & Bright PC | | Larkspur, CA  94939 |
| 4 | 10524 W. Pico Boulevard #214 | | PHONE 415 272 8210 |
| | Los Angeles, CA 90064 | | E-MAIL: Steve@NielsenPatents.com |
| 5 | (213) 700-6637 | | Attorneys for Arsus, LLC |
| 6 | pbright@brightpatentlaw.com | | |

Dated:  June 17, 2020
  /s/*Adam Pivovar*
   COOLEY LLP
   Adam Pivovar
Counsel for Defendant Tesla, Inc.

- 2 -

Joint Report re Settlement Effort

## **ATTESTATION**

I, Steven A. Nielsen, am counsel for Plaintiff ARSUS, LLC, in this action. I am the registered ECF user under whose name and password this is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  June 16, 2020

>    */s/ Steven A. Nielsen*
>    100 Larkspur Landing Circle, Suite 216
>    Larkspur, CA 94939
>    415-272-8210
>    steve@NielsenPatents.com
>    ***Counsel for Plaintiff***

Joint Report re Settlement Effort