Patrick Bright (CA SBN 68709)
Wagner, Anderson & Bright PC
Address:  10524 W. Pico Boulevard #214
          Los Angeles, CA 90064
Phone: (213) 700-6637
Email:  pbright@brightpatentlaw.com
Lead counsel for Plaintiff ARSUS, LLC
and
Steven A. Nielsen (CA SBN133864)
Address: 100 Larkspur Landing Circle, Suite 216
          Larkspur, CA  94939
Phone: 415 272 8210
E-mail: Steve@NielsenPatents.com
Local Counsel for Plaintiff ARSUS, LLC

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **ARSUS, LLC,** | Case No. 3:20-cv-00313-RS (PATENT case) |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING CMC REPORT AND CMC HEARING AS MODFIED BY THE COURT |
| **TESLA, INC.,** | |
| Defendant. | **CMC Hearing:** **DATE: SEPTEMBER 10, 2020** **TIME: 10:00 A.M.** **PLACE: COURTROOM 3** |

    Plaintiff ARSUS, Inc. ("ARSUS") and Defendant TESLA, Inc.'s ("Tesla") hereby

stipulate, this Court consenting, to vacate the September 3, 2020, and September 10, 2020, dates

for a CMC report and for a CMC hearing, respectively, in view of this Court's August 14, 2020,

order (Docket #27) dismissing the First Amended Complaint with leave to amend.

**STIPULATION TO VACATE CMC**

1    August 31, 2020                         By    /s/*Steven A. Nielsen*
     Patrick Bright (SBN 68709)                    Steven A. Nielsen
2    Wagner, Anderson & Bright PC                  100 Larkspur Landing Circle, Suite 216
     10524 W. Pico Boulevard #214                  Larkspur, CA  94939
3    Los Angeles, CA 90064                         PHONE 415 272 8210
                                                   E-MAIL: Steve@NielsenPatents.com
4    (213) 700-6637
     pbright@brightpatentlaw.com
5                                                  Attorneys for ARSUS, LLC

6

7    Dated:  August 31, 2020
      /s/*Adam Pivovar*
8     COOLEY LLP
      Adam Pivovar
9    Counsel for Defendant Tesla, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO VACATE CMC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing, this Court continues the 9/3/2020 deadline for filing a CMC

report and the 9/10/2020 CMC to 11/5/2020 and 11/12/2020, respectively.
All parties shall appear telephonically and must contact Court Conference at (866) 582-6878
at least one week prior to the Conference to arrange their participation.

SO ORDERED.

Date: August 31, 2020

U. S. DISTRICT JUDGE

3