STEVEN A. NIELSEN (SBN 133864)
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 272-8210

Patrick F. Bright(SBN 68709)
(Application for Admission *Pro Hac Vice* to be filed)
Wagner, Anderson & Bright PC
10924 W. Pico Boulevard #214
Los Angeles, CA 90064
(213) 700-6637
pbright@brightpatentlaw.com

Attorneys for Plaintiff
ARSUS, LLC, a Utah limited liability corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ARSUS, LLC,**<br><br>                    Plaintiff,<br>     v.<br><br>**TESLA MOTORS, INC.,**<br><br>                    Defendant. | PATENT<br><br>Case No. 3:20-cv-313-RS<br><br>**[Proposed] Application to Continue CMC and Report for CMC** |

     Plaintiff Arsus, LLC ("ARSUS") asks that this Court continue the CMC to January 21, 2021, and continue the deadline for filing the CMC report to January 14, 2021. This request is not for purposes of delay, but to allow Arsus's counsel to complete a series of Court-ordered depositions this month in another case pending in the Central District Court of California.

     Defendant Tesla Motors, Inc. ("Tesla") does not oppose this request on the condition that Plaintiff shall make its Patent Local Rule 3-1(a) disclosures on or before December 10, 2020.

- 1 -

Application for Continuance

| | | | |
|---|---|---|---|
| 1 | December 3, 2020 | By | /s/*Steven A. Nielsen* |
| 2 | Patrick Bright (SBN 68709) | | Steven A. Nielsen |
|   | Wagner, Anderson & Bright PC | | 100 Larkspur Landing Circle, Suite 216 |
| 3 | 10524 W. Pico Boulevard #214 | | Larkspur, CA  94939 |
|   | Los Angeles, CA 90064 | | PHONE 415 272 8210 |
| 4 | (213) 700-6637 | | E-MAIL: Steve@NielsenPatents.com |
|   | pbright@brightpatentlaw.com | | Attorneys for ARSUS, LLC |

- 2 -

Application for Continuance