UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARSUS, LLC,

        Plaintiff,

  v.

TESLA MOTORS, INC.,

        Defendant.

Case No. 20-cv-00313-RS

**ORDER DENYING MOTION TO COMPEL**

    Pursuant to Civil Local Rule 7-1(b), plaintiff's motion to compel is suitable for disposition without oral argument and the hearing set for February 4, 2021 is vacated. The motion to compel is denied without prejudice. Plaintiff is directed to review the provisions of the Local Patent Rules as they apply to the discovery process. Further orders regarding discovery scheduling and the resolution of any disputes may issue after the Case Management Conference.

**IT IS SO ORDERED**.

Dated: January 5, 2021

RICHARD SEEBORG
United States District Judge