UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARSUS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>        Defendant. | Case No. 3:20-CV-00313-RS<br><br>Judge Richard Seeborg<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |

This Stipulation is entered into by and among Plaintiff Arsus, LLC and Defendant Tesla, Inc. (collectively, "the Parties"), by and through their respective counsel. Pursuant to Civil Local Rule 6-2(a), the Parties, through their respective counsel, hereby stipulate, agree, and request the following ORDER:

1. The January 28, 2021 Initial Case Management Conference be taken off calendar due to a scheduling conflict that has arisen for Tesla's counsel.

2. The Initial Case Management Conference shall be rescheduled to February 11, 2021 or at the first available time thereafter on which the Court can accommodate the conference.

**IT IS SO STIPULATED.**

Dated: January 12, 2021            /s/ *Adam Pivovar*
                                                COOLEY LLP
                                                Adam Pivovar
                                                Counsel for Defendant Tesla, Inc.

Dated: January 12, 2021            /s/ *Patrick Bright*
                                                Patrick F. Bright
                                                Counsel for Plaintiff Arsus, LLC

## **ATTESTATION**

I, Adam Pivovar, attest that counsel for Plaintiff has concurred in this filing.

/s/   *Adam Pivovar*
　　Adam Pivovar