1  Betty Chen (SBN 290588 | bchen@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 400
   Redwood City, California 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Attorneys for Defendant(s)
5  MICROSOFT COPRORATION

6
                    UNITED STATES DISTRICT COURT
7                 NORTHERN DISTRICT OF CALIFORNIA
                      (SAN FRANCISCO DIVISION)
8

9  ARSUS, LLC,                          Case No. 3:20-cv-00313-RS

10                    Plaintiff,        **NOTICE OF APPEARANCE OF
                                        BETTY CHEN**
11         v.

12 TESLA, INC.,

13                    Defendant.

14

15      PLEASE TAKE NOTICE that Betty Chen of Fish & Richardson P.C. hereby enters her

16 appearance as counsel on behalf of Defendant Tesla, Inc. in the above-referenced matter.

17      Ms. Chen is admitted to practice in this Court and consents to electronic service for all

18 papers in this action.

19

20 Dated:  December 14, 2021           FISH & RICHARDSON P.C.

21

22                                     By:  /s/ Betty Chen
                                            Betty Chen

23
                                       Attorneys for Defendant
24                                     TESLA, INC.

25

26

27

28