**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ARSUS, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**TESLA MOTORS, INC.,**<br><br>　　　　　　Defendant. | Case No. 3:20-cv-313-RS<br><br>**Stipulation for Dismissal**<br><br>Court: Chief District Court Judge Richard Seeborg |

　　　　Plaintiff Arsus, LLC, and Defendant Tesla. Inc. hereby stipulate, through their counsel of record, as follows:

1. In this case, Plaintiff's second amended complaint (Docket #30) alleges that certain vehicles made and sold by Defendant in the USA (the "accused vehicles") infringe certain claims of Plaintiff's U. S. patent 8,634,989 (the "989 patent). Defendant's answer (Docket # 40) denies infringement.

2. On December 13, 2021, this Court issued a claim interpretation order (Docket #71) (the "Claims Construction Order"), construing claims 1, 14, and 21 of the 989 patent (the "Construed Claims"). Based solely on this Claim Construction Order, the accused vehicles do not infringe the Construed Claims.

3. Plaintiff and Defendant stipulate that this Court may enter an order of dismissal of this case.

4. Neither Plaintiff nor Defendant will appeal the Claims Construction Order (Docket #71).

5. All parties will bear their own costs and attorneys' fees.

SO STIPULATED BY PLAINTIFF AND DEFENDANT BY THE

- 1 -

SIGNATURES OF THEIR RESPECTIVE COUNSEL OF RECORD

SIGNED BELOW:

Dated: January 5, 2022

and

Wagner, Anderson & Bright PC
/s/Patrick Bright
Attorneys for Arsus, LLC

*/s/ Aamir A. Kazi (with permission)*
Aamir A. Kazi

**FISH & RICHARDSON P.C.**
Aamir A. Kazi (pro hac vice)
kazi@fr.com
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
T: 404-892-5005 | F: 404-892-5002

Daniel R. Gopenko (pro hac vice)
gopenko@fr.com
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
T: 202-783-5070 | F: 202-783-2331