UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSUS, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>TESLA MOTORS, INC.,<br><br>     Defendant. | Case No. 20-cv-00313-RS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation (Dkt. No. 77), this action is dismissed.

**IT IS SO ORDERED**.

Dated: February 2, 2022

_____
RICHARD SEEBORG
Chief United States District Judge